UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:02-CR-71 |
| | ) | |
| GEORGE H. SIMPSON | ) | |

## **O R D E R**

This criminal matter is before the Court to consider a *pro se* motion filed by the defendant for the production of various court documents for purposes of pursuing this matter in "the higher courts". However, this defendant's judgment was vacated and the case remanded by the United States Supreme Court on February 28, 2005, in *Simpson v. U.S.*, --- S.Ct. ----, 2005 WL 153307, 73 USLW 3512, 5 Cal. Daily Op. Serv. 1707 (U.S. Feb 28, 2005). Accordingly, it is hereby **ORDERED** that this motion is **DENIED**. [Doc. 246].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE